THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

EDMOND M. STANLEY, JR.,

    Plaintiff

v().                                                                          CASE NO.: 7:19-cv-00337

CAPITAL ONE FINANCIAL
CORPORAITON,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Edmond M. Stanley, Jr., and Defendant, Capital One Bank (USA), N.A., sued as Capital One Financial Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant, Capital One Bank (USA), N.A. and/or Capital One Financial Corporation, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21st day of April, 2020.

/s/ Hyatt B. Shirkey
Hyatt B. Shirkey Esq.
   Virginia Bar No. 80926
Hyatt Browning Shirkey Law Firm
3735 Franklin Rd. SW, Ste. 251
Roanoke, VA 24014
Tel: 540.324.9288
Fax: 540.986.2199
Email: Hyatt@HBSEsqFirm.com
*Counsel for Plaintiff*

*/s/ Constantinos G. Panagopoulos*
Constantinos G. Panagopoulos, Esq.
   Virgina Bar No. 33356
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel: 202.661.2202
Email: cgp@ballardspahr.com
*Counsel for Defendant*

Daniel JT McKenna, Esq.
Ballard Spahr LLP
1735 Market Street
Philadelphia, PA 19103-7599
Tel: 215.665.8500
Fax: 215.864.8999
Email:
*Counsel for Defendant,*
   *Admitted Pro Hac*

1

Jared Michael Lee, Esq.
   Florida Bar No.  0052284
**Jackson Lee | PA**
1985 Longwood Lake Mary Rd. | Ste. 1001
Longwood, FL 32750
Tel: (407) 477-4401
Fax: (407) 477-4949
Email: Jared@JacksonLeePA.com
      Service@JacksonLeePA.com
      Melissa@JacksonLeePA.com
*Counsel for Plaintiff, Admitted Pro Hac*